NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000825
14-AUG-2015
08:25 AM

NO. CAAP-14-0000825

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ROLAND I. KEHANO, SR., Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(S.P.P. NO. 13-1-0014 (CR. NO. 92-0560))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding, J., Leonard and Reifurth, JJ.)

Upon consideration of Petitioner-Appellant's August 7, 2015 "Notice of Motion" (**Motion**) deemed a motion for reconsideration of the Summary Disposition Order filed July 29, 2015, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawaii, August 14, 2015.

Presiding Judge

Associate Judge

Associate Judge